B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of Indiana

In re: Wanda Sue Hotseller, Larry Marvin Hotseller, Debtors

Case No. 15-03344

Chapter 7

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 35,000.00 | | |
| B - Personal Property | Yes | 4 | 42,783.33 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 32,388.47 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 136,190.71 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,797.15 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,643.03 |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 77,783.33 | | |
| Total Liabilities | | | | 168,579.18 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of Indiana

In re: Wanda Sue Hotseller, Larry Marvin Hotseller, Debtors

Case No. 15-03344

Chapter 7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 3,797.15 |
| Average Expenses (from Schedule J, Line 22) | 3,643.03 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 553.85 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 3,342.03 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 136,190.71 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 139,532.74 |

B6F (Official Form 6F) (12/07)

In re Wanda Sue Hotseller,
Larry Marvin Hotseller
                                                                    Debtors

Case No. 15-03344

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx-xxxx-xx-xx0317<br><br>CACH, LLC<br>4340 S. Monaco Street<br>Second Floor<br>Denver, CO 80237-3485 | | W | 03/2015<br>Collection Proceeding; St. Vincent Hospital | | | | 5,834.24 |
| Account No.<br><br>James M. Lloyd<br>Taylor Law, PLLC<br>PO Box 436709<br>Louisville, KY 40253-6709 | | | Additional Notice:<br>CACH, LLC | | | | Notice Only |
| Account No. xxxx-xxxx-xxxx-0187<br><br>Capital One<br>P.O. Box 12907<br>Norfolk, VA 23541 | | J | 2012<br>revolving credit | | | | 1,049.51 |
| Account No. xxxxxx6883<br><br>Chase<br>Attn: Bankruptcy<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | X | H | 2011<br>co-signed on mortgage loan for daughter for the property located at 3937 Maple Manor Drive, Indianapolis, IN 46237 -- Debtor is not on the title to the home, only on the note | | | | 95,546.00 |
| __5__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 102,429.75 |

B6F (Official Form 6F) (12/07) - Cont.

In re  Wanda Sue Hotseller,
       Larry Marvin Hotseller,
                                                Debtors

Case No.  15-03344

**AMENDED**
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx7831<br><br>Discover Card<br>PO Box 6103<br>Carol Stream, IL 60197 | | H | 2013<br>Revolving Credit | | | | 7,370.00 |
| Account No. xxxx8313<br><br>Fifth Third Bank<br>PO Box 740789<br>Cincinnati, OH 45274-0789 | | W | 2006<br>Revolving Credit | | | | 5,834.24 |
| Account No.<br><br>Scherr & McClure<br>1064 Greenwood Blvd, Suite 328<br>Lake Mary, FL 32746 | | | Additional Notice:<br>Fifth Third Bank | | | | Notice Only |
| Account No. xxxx-xxxx-xxxx-5205<br><br>Home Depot Credit Services<br>P.O. Box 653000<br>Dallas, TX 75265 | | J | 2013<br>revolving credit | | | | 145.00 |
| Account No.<br><br>Home Depot<br>Processing Center<br>Des Moines, IA 50364 | | | Additional Notice:<br>Home Depot Credit Services | | | | Notice Only |

Sheet no.  1  of  5  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   13,349.24

B6F (Official Form 6F) (12/07) - Cont.

In re  Wanda Sue Hotseller,
       Larry Marvin Hotseller,
                                          Debtors

Case No.  15-03344

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Home Depot Credit Services<br>PO Box 790328<br>Saint Louis, MO 63179 | | | Additional Notice:<br>Home Depot Credit Services | | | | Notice Only |
| Account No. xxxx1751<br>JC Penney<br>PO Box 960090<br>Orlando, FL 32896-0090 | | W | 2010<br>Revolving Credit | | | | 3,153.38 |
| Account No. xxxx5992<br>Lowe's<br>PO BOX 530914<br>Atlanta, GA 30353 | | H | 12/2012<br>Revolving Credit | | | | 1,157.40 |
| Account No. xxxx1121<br>Meijer<br>PO BOX 965005<br>Orlando, FL 32896 | | W | 2011<br>Revolving Credit | | | | 2,118.18 |
| Account No.<br>Genpact Services, LLC<br>P.O. Box 1969<br>Southgate, MI 48195 | | | Additional Notice:<br>Meijer | | | | Notice Only |

Sheet no. 2 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  6,428.96

B6F (Official Form 6F) (12/07) - Cont.

In re  Wanda Sue Hotseller,  
      Larry Marvin Hotseller,  
      Debtors

Case No. __15-03344__

**AMENDED**
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Midland Credit Management<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | | | Additional Notice:<br>Meijer | | | | Notice Only |
| Account No. xxxx0567<br>Sams Club Mastercard<br>PO Box 960013<br>Orlando, FL 32896-0013 | | W | 2010<br>Revolving Credit | | | | 2,672.46 |
| Account No. xxxx6643<br>Sears<br>Attn: Bankruptcy<br>PO BOX 6924<br>The Lakes, NV 88901-6924 | | J | 2011<br>Revolving Credit | | | | 2,943.47 |
| Account No.<br>United Collection Bureau<br>5620 Southwick Blvd., Suite 206<br>Toledo, OH 43614 | | | Additional Notice:<br>Sears | | | | Notice Only |
| Account No. xxxx0860<br>Sears Gold Mastercard<br>Attn: Billing Inquiries<br>PO BOX 6922<br>The Lakes, NV 88901-6922 | | J | 2011<br>Revolving Credit<br>Additional Acct 5121-0720-2846-6771 | | | | 4,715.70 |

Sheet no. __3__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)     10,331.63

B6F (Official Form 6F) (12/07) - Cont.

In re  Wanda Sue Hotseller,
       Larry Marvin Hotseller,
                                                              Debtors

Case No. 15-03344

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Phillips and Cohen Associates, Ltd.<br>1002 Justison Street<br>Wilmington, DE 19801 | | | Additional Notice:<br>Sears Gold Mastercard | | | | Notice Only |
| Account No. xxxxxx8947<br><br>St. Vincent Carmel Hospital<br>2001 W. 86th Street<br>PO BOX 40970<br>Indianapolis, IN 46240-0970 | | W | 11/2013<br>Medical Expense; additional account 323694938 | | | | 1,509.90 |
| Account No.<br><br>Med-1 Solutions<br>517 US Highway 31 N<br>Greenwood, IN 46142 | | | Additional Notice:<br>St. Vincent Carmel Hospital | | | | Notice Only |
| Account No. xxxxxx9982<br><br>Target National Bank<br>Attn: Account Inquiries<br>PO BOX 1581<br>Minneapolis, MN 55440-1581 | | J | 2013<br>revolving credit | | | | 735.34 |
| Account No.<br><br>Target National Bank<br>Mail Stop 2BD<br>PO BOX 9475<br>Minneapolis, MN 55440-9475 | | | Additional Notice:<br>Target National Bank | | | | Notice Only |

Sheet no. 4 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  2,245.24

B6F (Official Form 6F) (12/07) - Cont.

In re  Wanda Sue Hotseller,
       Larry Marvin Hotseller,
                                    Debtors

Case No.  15-03344

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx5298<br><br>Walmart<br>Attn: Bankruptcy<br>PO BOX 4451<br>Houston, TX 77210 | | J | 2012<br>Revolving Credit | | | | 1,405.89 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. 5 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  1,405.89

Total (Report on Summary of Schedules)  136,190.71

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re: Wanda Sue Hotseller, Larry Marvin Hotseller, Debtor(s)

Case No. 15-03344

Chapter 7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __24__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: May 21, 2015

Signature: /s/ Wanda Sue Hotseller
Wanda Sue Hotseller
Debtor

Date: May 21, 2015

Signature: /s/ Larry Marvin Hotseller
Larry Marvin Hotseller
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.