# Notice Recipients

District/Off: 0756−1             User: admin                    Date Created: 08/11/2015
Case: 15−03344−JJG−7            Form ID: b18                    Total: 33

**Recipients of Notice of Electronic Filing:**
ust      U.S. Trustee       ustpregion10.in.ecf@usdoj.gov
tr       Gregory S. Fehribach          mjurkiewicz@thefehribachgroup.com
aty      Jonathan M Brown         wildcatlawyer@yahoo.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Wanda Sue Hotseller          101 Fountain Lake Drive          Greenfield, IN 46140
jdb      Larry Marvin Hotseller          101 Fountain Lake Drive          Greenfield, IN 46140
13382841    CACH, LLC       4340 S. Monaco Street       Second Floor       Denver, CO 80237−3485
13434312    Capital One       PO BOX 12907       Norfolk, VA 23541
13382842    Chase       Attn: Bankruptcy       PO BOX 15145       Wilmington, DE 19850−5145
13382843    Discover Card       PO Box 6103       Carol Stream, IL 60197
13382844    Fifth Third Bank       PO Box 740789       Cincinnati, OH 45274−0789
13382845    Finance Center Federal Credit Union       7101 E. 56th Street       PO BOX 26501       Indianapolis, IN
            46226−0501
13382846    Genpact Services, LLC       P.O. Box 1969       Southgate, MI 48195
13434315    Home Depot       Processing Center       Des Moines, IA 5036
13434313    Home Depot Credit Services       PO BOX 653000       Dallas, TX 75265
13382848    JC Penney       PO Box 960090       Orlando, FL 32896−0090
13382847    James M. Lloyd       Taylor Law, PLLC       PO Box 436709       Louisville, KY 40253−6709
13382849    Lowe's       PO BOX 530914       Atlanta, GA 30353
13382850    Med−1 Solutions       517 US Highway 31 N       Greenwood, IN 46142
13382851    Meijer       PO BOX 965005       Orlando, FL 32896
13382852    Midland Credit Management       8875 Aero Drive, Suite 200       San Diego, CA 92123
13382853    Mutual Bank       P.O. Box 1202       Muncie, IN 47308
13382855    PNC Bank       PO Box 3180       Pittsburgh, PA 15230−3180
13382854    Phillips and Cohen Associates, Ltd.       1002 Justison Street       Wilmington, DE 19801
13382860    SON/DAUGHTER−IN−LAW       PLEASE PROVIDE ADDRESS
13382856    Sams Club Mastercard       PO Box 960013       Orlando, FL 32896−0013
13382857    Scherr & McClure       1064 Greenwood Blvd, Suite 328       Lake Mary, FL 32746
13382858    Sears       Attn: Bankruptcy       PO BOX 6924       The Lakes, NV 88901−6924
13382859    Sears Gold Mastercard       Attn: Billing Inquiries       PO BOX 6922       The Lakes, NV 88901−6922
13382861    St. Vincent Carmel Hospital       2001 W. 86th Street       PO BOX 40970       Indianapolis, IN
            46240−0970
13382862    Stacy M Galyean       3937 Maple Manor Drive       Indianapolis, IN 46237−2486
13434314    Target National Bank       Attn: Account Inquiries       PO Box 1581       Minneapolis, MN 55440−1581
13382863    United Collection Bureau       5620 Southwick Blvd., Suite 206       Toledo, OH 43614
13382864    Walmart       Attn: Bankruptcy       PO BOX 4451       Houston, TX 77210

TOTAL: 30