B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of Indiana

In re  Wanda Sue Hotseller,
       Larry Marvin Hotseller
                                      Debtors

Case No. __15-03344__

Chapter __7__

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 35,000.00 | | |
| B - Personal Property | Yes | 4 | 61,311.49 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 32,388.47 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 136,190.71 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,797.15 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,643.03 |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 96,311.49 | | |
| Total Liabilities | | | | 168,579.18 | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of Indiana

In re   Wanda Sue Hotseller,
        Larry Marvin Hotseller,
                                        Debtors

Case No.   15-03344

Chapter   7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| Average Income (from Schedule I, Line 12) | 3,797.15 |
|---|---|
| Average Expenses (from Schedule J, Line 22) | 3,643.03 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 553.85 |

**State the following:**

| | |
|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | 3,342.03 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | 0.00 |
| 4. Total from Schedule F | 136,190.71 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | 139,532.74 |

B6B (Official Form 6B) (12/07)

In re  Wanda Sue Hotseller,
       Larry Marvin Hotseller
                                                                                             Case No. ___15-03344___
                                              Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Teachers Credit Union<br>101 South Main Street<br>South Bend, IN 46601<br>TCU Value Share Draft   $57.00<br>TCU Savers Club   $2.12<br>TCU Primary Share   $5.19 | J | 64.31 |
| | | BMO Harris Bank<br>Everyday Checking Account | H | 44.02 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Furniture; electronics; household goods | J | 2,800.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 2 antique tables | J | 100.00 |
| 6. Wearing apparel. | | Personal clothing | J | 400.00 |
| 7. Furs and jewelry. | | Wedding bands; ring | J | 700.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > (Total of this page) | 4,108.33 |
|---|---|---|

___3___ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  Wanda Sue Hotseller,
       Larry Marvin Hotseller
                                                                Case No. __15-03344__
                                       Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Ascension Health Pension Plan through former employer St. Vincent Health. | W | 18,528.16 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                                        Sub-Total >        18,528.16
                                                                      (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  Wanda Sue Hotseller,  
       Larry Marvin Hotseller  
                                                          Case No. __15-03344__  
                                                     Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Class Action Litigation<br>Marilyn Overall v. Ascension Health<br>13-CV-11396-AC-LJM<br>Proposed settlement reached and approval hearing set for 9/17/2015 at 11:00 a.m.<br>Settlement terms include the payment of proceeds, $8,000,000.00, into the defined benefit pension Plans. Since the pension plans are not defined like 401k plans with individual accounts, the cash amount will be contributed to the Plans as a whole rather than to the individual accounts of a participant. | J | 0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2011 Jeep Patriot<br>69,700 miles<br>VIN # 1J4NF1GBJB8127740 | J | 9,800.00 |
| | | 2002 Chevrolet Silverado 2500<br>106,000 miles<br>VIN # 1GCHK2919iE343382 | J | 5,375.00 |
| | | 2006 Chevrolet Monte Carlo<br>116,000 miles<br>VIN # 2G1WN151969238875<br>no lien | J | 4,000.00 |
| | | 2006 Sunray RV Trailer<br>VIN # 5LORE282X6T000731<br>Located at the S&H Campground (paid up through 6/1/2015)<br>Greenfield, IN | J | 15,000.00 |

Sub-Total >       34,175.00  
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached  
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                         Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  Wanda Sue Hotseller,
       Larry Marvin Hotseller
                                                            Debtors

Case No. 15-03344

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2002 Harley Davidson XLA83<br>2,050 miles<br>VIN # 1HD4CEM102K119889<br>Currently not running | J | 2,000.00 |
| | | 2008 Yamaha Spirit Hollow<br>Golf cart<br>Purchased 2013 for $2,500.00 | J | 2,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Home computer (3 years old) | J | 300.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 2 pet cats | J | Unknown |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Push mower; miscellaneous tools | J | 200.00 |

|  | Sub-Total ><br>(Total of this page) | 4,500.00 |
|---|---|---|

Sheet  3  of  3  continuation sheets attached
to the Schedule of Personal Property

Total > 61,311.49

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re  Wanda Sue Hotseller,  Case No. __15-03344__
      Larry Marvin Hotseller
                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)  $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)  *with respect to cases commenced on or after the date of adjustment.)*
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| RESIDENCE: 101 Fountain Lake Drive Greenfield, IN 46140 1987 Mobile home on deeded real estate purchased 07/2014 for $30,000.00 | Ind. Code § 34-55-10-2(c)(1) | 35,200.00 | 35,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Teachers Credit Union 101 South Main Street South Bend, IN 46601 TCU Value Share Draft   $57.00 TCU Savers Club   $2.12 TCU Primary Share   $5.19 | Ind. Code § 34-55-10-2(c)(3) | 64.31 | 64.31 |
| BMO Harris Bank Everyday Checking Account | Ind. Code § 34-55-10-2(c)(3) | 44.02 | 44.02 |
| **Household Goods and Furnishings** | | | |
| Furniture; electronics; household goods | Ind. Code § 34-55-10-2(c)(2) | 2,800.00 | 2,800.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| 2 antique tables | Ind. Code § 34-55-10-2(c)(2) | 100.00 | 100.00 |
| **Wearing Apparel** | | | |
| Personal clothing | Ind. Code § 34-55-10-2(c)(2) | 400.00 | 400.00 |
| **Furs and Jewelry** | | | |
| Wedding bands; ring | Ind. Code § 34-55-10-2(c)(2) | 700.00 | 700.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Ascension Health Pension Plan through former employer St. Vincent Health. | Ind. Code § 34-55-10-2(c)(6) | 100% | 18,528.16 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Class Action Litigation Marilyn Overall v. Ascension Health 13-CV-11396-AC-LJM Proposed settlement reached and approval hearing set for 9/17/2015 at 11:00 a.m. Settlement terms include the payment of proceeds, $8,000,000.00, into the defined benefit pension Plans. Since the pension plans are not defined like 401k plans with individual accounts, the cash amount will be contributed to the Plans as a whole rather than to the individual accounts of a participant. | Ind. Code § 34-55-10-2(c)(6) | 100% | 0.00 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

B6C (Official Form 6C) (4/13) -- Cont.

In re  Wanda Sue Hotseller,
       Larry Marvin Hotseller

Case No. __15-03344__

Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2002 Chevrolet Silverado 2500<br>106,000 miles<br>VIN # 1GCHK2919IE343382 | Ind. Code § 34-55-10-2(c)(2) | 474.31 | 5,375.00 |
| 2006 Chevrolet Monte Carlo<br>116,000 miles<br>VIN # 2G1WN151969238875<br>*no lien* | Ind. Code § 34-55-10-2(c)(2) | 4,000.00 | 4,000.00 |
| 2002 Harley Davidson XLA83<br>2,050 miles<br>VIN # 1HD4CEM102K119889<br>Currently not running | Ind. Code § 34-55-10-2(c)(2) | 2,000.00 | 2,000.00 |
| 2008 Yamaha Spirit Hollow<br>Golf cart<br>Purchased 2013 for $2,500.00 | Ind. Code § 34-55-10-2(c)(2) | 2,000.00 | 2,000.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| Home computer (3 years old) | Ind. Code § 34-55-10-2(c)(2) | 300.00 | 300.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Push mower; miscellaneous tools | Ind. Code § 34-55-10-2(c)(2) | 200.00 | 200.00 |
| | Total: | 66,810.80 | 71,511.49 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re: Wanda Sue Hotseller, Larry Marvin Hotseller
Debtor(s)

Case No. 15-03344
Chapter 7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __8__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  8-24-15          Signature  /s/ Wanda Sue Hotseller
                                  Wanda Sue Hotseller
                                  Debtor

Date  8-24-15          Signature  /s/ Larry Marvin Hotseller
                                  Larry Marvin Hotseller
                                  Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.